IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02753-ZLW

JERRY L. MASKE,

    Applicant,

v.

AURORA ANIMAL CARE,

    Respondent.

---

ORDER TO CURE DEFICIENCY

---

Weinshienk, Senior Judge

    Applicant submitted a Notice of Appeal on November 30, 2009.  The Court has determined that the document is deficient as described in this Order.  Applicant will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
     X    is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
     X    is not submitted
     ___   is not on proper form (must use the court's current form)
     ___   is missing original signature by plaintiff/applicant on motion
     ___   is missing affidavit
     ___   affidavit is incomplete
     ___   is missing original signature by plaintiff/applicant on affidavit
     ___   affidavit is not notarized or is not properly notarized
     ___   other_____

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above within thirty days from the date of this Order. Any papers that Applicant filed in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Applicant, together with a copy of this Order, an original and one copy of the following form: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that if Applicant fails to cure the designated deficiencies within thirty days from the date of this Order the court of appeals will be so notified.

DATED at Denver, Colorado this 9th day of December, 2009.

BY THE COURT:

*Zita Leeson Weinshienk*

ZITA LEESON WEINSHIENK, Senior Judge
United States District Court